HOLLAND & KNIGHT LLP
Ashley Shively (Bar No. 264912)
Rebecca G. Durham (Bar No. 319403)
560 Mission Street, Suite 1900
San Francisco, CA 94105
Telephone: 415.743.6900
Fax: 415.743.6910
E-mail : *ashley.shively@hkklaw.com*

*Attorneys for Defendant*
*Forbes Media LLC*

Holland & Knight LLP
560 Mission Street, Suite 1900
San Francisco, CA 94105
Tel: 415.743.6900
Fax: 415.743.6910

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DOMENICA BERMAN and ABYGAEL PIEHL, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>FORBES MEDIA LLC,<br><br>Defendant. | Case No.: 3:24-cv-09287-WHO<br><br>**ANSWER AND AFFIRMATIVE DEFENSES** |

Holland & Knight LLP
560 Mission Street, Suite 1900
San Francisco, CA 94105
Tel: 415.743.6900
Fax: 415.743.6910

Defendant Forbes Media LLC ("Defendant") hereby response to the Class Action Complaint [ECF 1] filed by plaintiffs Domenica Berman and Abygael Piehl ("Plaintiffs") on behalf of themselves and the putative class.

## INTRODUCTION[1]

1. Defendant admits it operates the website Forbes.com. Defendant denies that it has "surreptitiously" collected of shared data of website visitors.

2. Defendant admits certain pages of its website have various third-party tools and technologies used for analytics, advertising and other purposes. Defendant admits those tools may share IP address depending, among other things, on a visitor's device, browser, and other settings. Defendant denies that IP address is a unique identifier. Defendant further responds that this paragraph contains a legal conclusion to which no response is required, and on that basis Defendant denies the allegations.

3. Defendant responds that this paragraph contains a legal conclusion to which no response is required, and on that basis Defendant denies the allegations.

4. Defendant responds that this paragraph contains a legal conclusion to which no response is required, and on that basis Defendant denies the allegations.

5. Defendant responds that this paragraph contains a legal conclusion to which no response is required, and on that basis Defendant denies the allegations.

## THE PARTIES

6. Defendant is without sufficient information to admit or deny the allegations in this paragraph, and on that basis Defendant denies the allegations. Defendant further responds that this paragraph contains a legal conclusion to which no response is required, and on that basis Defendant denies the allegations.

7. Defendant is without sufficient information to admit or deny the allegations in this paragraph, and on that basis Defendant denies the allegations.

8. Defendant is without sufficient information to admit or deny the allegations in this paragraph, and on that basis Defendant denies the allegations.

[1] Defendant repeats Plaintiffs' headers in the Complaint for organizational purposes only.

Holland & Knight LLP
560 Mission Street, Suite 1900
San Francisco, CA 94105
Tel: 415.743.6900
Fax: 415.743.6910

9. Admit.

**JURISDICTION AND VENUE**

10. Defendant admits the Complaint pleads facts that support CAFA jurisdiction.

11. Defendant denies the allegations but does not object to the Court's exercise of jurisdiction.

12. Defendant denies the allegations but does not object to venue.

13. Defendant denies the allegations but does not object to the divisional assignment.

**FACTUAL ALLEGATIONS ABOUT FORBES**

14. Defendant responds that this paragraph contains a legal conclusion to which no response is required, and on that basis Defendant denies the allegations.

15. Defendant responds that this paragraph contains a legal conclusion to which no response is required, and on that basis Defendant denies the allegations.

16. Defendant responds that this paragraph contains a legal conclusion to which no response is required, and on that basis Defendant denies the allegations.

17. Defendant responds that this paragraph contains a legal conclusion to which no response is required, and on that basis Defendant denies the allegations.

18. Defendant responds that this paragraph contains a legal conclusion to which no response is required, and on that basis Defendant denies the allegations.

19. Defendant responds that this paragraph contains a legal conclusion to which no response is required, and on that basis Defendant denies the allegations.

20. Defendant is without sufficient information to admit or deny the allegations in this paragraph, and on that basis Defendant denies the allegations.

21. Defendant is without sufficient information to admit or deny the allegations in this paragraph, and on that basis Defendant denies the allegations.

22. Defendant denies that IP address is a unique identifier. Defendant is otherwise without sufficient information to admit or deny the allegations in this paragraph, and on that basis Defendant denies the allegations.

23. Defendant is without sufficient information to admit or deny the allegations in this paragraph, and on that basis Defendant denies the allegations.

24. Defendant denies that IP address is a unique identifier and notes that website visitors control their device and browser settings and have choices about how Defendant uses cookies and other tracking technologies on Forbes.com. Defendant is otherwise without sufficient information to admit or deny the allegations in this paragraph, and on that basis Defendant denies the allegations.

25. Denied. Website visitors control their device and browser settings and have choices about how Defendant uses cookies and other tracking technologies on Forbes.com. Defendant is without sufficient information to admit or deny the allegations about third parties in this paragraph, and on that basis Defendant denies the allegations. Defendant further responds that this paragraph contains a legal conclusion to which no response is required, and on that basis Defendant denies the allegations.

26. Denied. Website visitors control their device and browser settings and have choices about how Defendant uses cookies and other tracking technologies on Forbes.com. Defendant further responds that this paragraph contains a legal conclusion to which no response is required, and on that basis Defendant denies the allegations.

27. Defendant responds that this paragraph contains a legal conclusion to which no response is required, and on that basis Defendant denies the allegations.

28. Defendant responds that this paragraph contains a legal conclusion to which no response is required, and on that basis Defendant denies the allegations.

29. Defendant responds that this paragraph contains a legal conclusion to which no response is required, and on that basis Defendant denies the allegations.

30. Defendant responds that this paragraph contains a legal conclusion to which no response is required, and on that basis Defendant denies the allegations.

31. Defendant is without sufficient information to admit or deny the allegations about third parties in this paragraph, and on that basis Defendant denies the allegations.

32. Defendant is without sufficient information to admit or deny the allegations about third parties in this paragraph, and on that basis Defendant denies the allegations.

Holland & Knight LLP
560 Mission Street, Suite 1900
San Francisco, CA 94105
Tel: 415.743.6900
Fax: 415.743.6910

Holland & Knight LLP
560 Mission Street, Suite 1900
San Francisco, CA 94105
Tel: 415.743.6900
Fax: 415.743.6910

33. Defendant admits the LinkedIn Tag has, at times, been present on its website. Defendant denies that IP address is a unique identifier and notes that website visitors control their device and browser settings and have choices about how Defendant uses cookies and other tracking technologies on Forbes.com. Defendant is otherwise without sufficient information to admit or deny the allegations in this paragraph, and on that basis Defendant denies the allegations.

34. Defendant denies that IP address is a unique identifier and notes that website visitors control their device and browser settings and have choices about how Defendant uses cookies and other tracking technologies on Forbes.com. Defendant is without sufficient information to admit or deny the allegations in this paragraph, and on that basis Defendant denies the allegations.

35. Defendant is without sufficient information to admit or deny the allegations about third parties in this paragraph, and on that basis Defendant denies the allegations.

36. Defendant is without sufficient information to admit or deny the allegations in this paragraph, and on that basis Defendant denies the allegations.

37. Defendant admits the UET Tag has, at times, been present on its website. Defendant is without sufficient information to admit or deny the allegations about third parties in this paragraph, and on that basis Defendant denies the allegations.

38. Defendant is without sufficient information to admit or deny the allegations about third parties in this paragraph, and on that basis Defendant denies the allegations.

39. Defendant denies that IP address is a unique identifier and notes that website visitors control their device and browser settings and have choices about how Defendant uses cookies and other tracking technologies on Forbes.com. Defendant is without sufficient information to admit or deny the allegations in this paragraph, and on that basis Defendant denies the allegations.

40. Defendant is without sufficient information to admit or deny the allegations in this paragraph, and on that basis Defendant denies the allegations.

41. Defendant is without sufficient information to admit or deny the allegations in this paragraph, and on that basis Defendant denies the allegations.

Holland & Knight LLP
560 Mission Street, Suite 1900
San Francisco, CA 94105
Tel: 415.743.6900
Fax: 415.743.6910

42. Defendant admits the Adnx Tag has, at times, been present on its website. Defendant is without sufficient information to admit or deny the allegations about third parties in this paragraph, and on that basis Defendant denies the allegations.

43. Defendant is without sufficient information to admit or deny the allegations in this paragraph, and on that basis Defendant denies the allegations.

44. Defendant denies that IP address is a unique identifier and notes that website visitors control their device and browser settings and have choices about how Defendant uses cookies and other tracking technologies on Forbes.com. Defendant is without sufficient information to admit or deny the allegations in this paragraph, and on that basis Defendant denies the allegations.

45. Defendant denies that IP address is a unique identifier and notes that website visitors control their device and browser settings and have choices about how Defendant uses cookies and other tracking technologies on Forbes.com. Defendant is without sufficient information to admit or deny the allegations in this paragraph, and on that basis Defendant denies the allegations.

46. Defendant denies that IP address is a unique identifier and notes that website visitors control their device and browser settings and have choices about how Defendant uses cookies and other tracking technologies on Forbes.com. Defendant is without sufficient information to admit or deny the allegations in this paragraph, and on that basis Defendant denies the allegations.

47. Denied.

48. Defendant is without sufficient knowledge or information to admit or deny the allegations, and on that basis Defendant denies the allegations.

49. Defendant is without sufficient information to admit or deny the allegations in this paragraph, and on that basis Defendant denies the allegations.

50. Defendant is without sufficient knowledge or information to admit or deny the allegations, and on that basis Defendant denies the allegations.

51. Defendant denies that IP address is a unique identifier and notes that website visitors control their device and browser settings and have choices about how Defendant uses cookies and other tracking technologies on Forbes.com. Defendant further responds that this paragraph contains

Holland & Knight LLP
560 Mission Street, Suite 1900
San Francisco, CA 94105
Tel: 415.743.6900
Fax: 415.743.6910

a legal conclusion to which no response is required, and on that basis Defendant denies the allegations.

**FACTUAL ALLEGATIONS ABOUT THE NAMED PLAINTIFFS**

52. Defendant is without sufficient information to admit or deny the allegations in this paragraph, and on that basis Defendant denies the allegations.

53. Defendant is without sufficient information to admit or deny the allegations in this paragraph, and on that basis Defendant denies the allegations.

54. Defendant is without sufficient information to admit or deny the allegations in this paragraph, and on that basis Defendant denies the allegations.

55. Defendant denies that IP address is a unique identifier and notes that website visitors control their device and browser settings and have choices about how Defendant uses cookies and other tracking technologies on Forbes.com. Defendant is otherwise without sufficient information to admit or deny the allegations in this paragraph, and on that basis Defendant denies the allegations.

56. Defendant is without sufficient information to admit or deny the allegations in this paragraph, and on that basis Defendant denies the allegations. Defendant further responds that this paragraph contains a legal conclusion to which no response is required, and on that basis Defendant denies the allegations.

57. Defendant is without sufficient information to admit or deny the allegations in this paragraph, and on that basis Defendant denies the allegations. Defendant further responds that this paragraph contains a legal conclusion to which no response is required, and on that basis Defendant denies the allegations.

58. Defendant is without sufficient information to admit or deny the allegations in this paragraph, and on that basis Defendant denies the allegations.

59. Defendant is without sufficient information to admit or deny the allegations in this paragraph, and on that basis Defendant denies the allegations.

60. Defendant is without sufficient information to admit or deny the allegations in this paragraph, and on that basis Defendant denies the allegations.

Holland & Knight LLP
560 Mission Street, Suite 1900
San Francisco, CA 94105
Tel: 415.743.6900
Fax: 415.743.6910

61. Defendant denies that IP address is a unique identifier and notes that website visitors control their device and browser settings and have choices about how Defendant uses cookies and other tracking technologies on Forbes.com. Defendant is otherwise without sufficient information to admit or deny the allegations in this paragraph, and on that basis Defendant denies the allegations.

62. Defendant is without sufficient information to admit or deny the allegations in this paragraph, and on that basis Defendant denies the allegations. Defendant further responds that this paragraph contains a legal conclusion to which no response is required, and on that basis Defendant denies the allegations.

63. Defendant is without sufficient information to admit or deny the allegations in this paragraph, and on that basis Defendant denies the allegations. Defendant further responds that this paragraph contains a legal conclusion to which no response is required, and on that basis Defendant denies the allegations.

**CLASS ACTION ALLEGATIONS**

64. Defendant denies that IP address is a unique identifier and notes that website visitors control their device and browser settings and have choices about how Defendant uses cookies and other tracking technologies on Forbes.com. Defendant responds that this paragraph otherwise contains a legal conclusion to which no response is required, and on that basis Defendant denies the allegations.

65. Defendant responds that this paragraph contains a legal conclusion to which no response is required, and on that basis Defendant denies the allegations.

66. Defendant is without sufficient information to admit or deny the allegations in this paragraph, and on that basis Defendant denies the allegations. Defendant further responds that this paragraph contains a legal conclusion to which no response is required, and on that basis Defendant denies the allegations.

67. Defendant responds that this paragraph contains a legal conclusion to which no response is required, and on that basis Defendant denies the allegations.

68. Defendant denies that IP address is a unique identifier and notes that website visitors control their device and browser settings and have choices about how Defendant uses cookies and

Holland & Knight LLP
560 Mission Street, Suite 1900
San Francisco, CA 94105
Tel: 415.743.6900
Fax: 415.743.6910

other tracking technologies on Forbes.com. Defendant responds that this paragraph otherwise contains a legal conclusion to which no response is required, and on that basis Defendant denies the allegations.

69. Defendant responds that this paragraph contains a legal conclusion to which no response is required, and on that basis Defendant denies the allegations.

70. Defendant denies any person has suffered harm. Defendant responds that this paragraph otherwise contains a legal conclusion to which no response is required, and on that basis Defendant denies the allegations.

## CAUSES OF ACTION

### Count 1

### Violation of California Invasion of Privacy Act

### Cal. Penal Code § 638.51(a)

71. This paragraph does not raise a factual allegation; thus no response is required. To the extent a response is necessary, Defendant incorporates all answers from paragraphs above as if fully set forth herein.

72. This paragraph does not raise a factual allegation; thus no response is required.

73. Defendant responds that this paragraph contains a legal conclusion to which no response is required, and on that basis Defendant denies the allegations.

74. Defendant responds that this paragraph contains a legal conclusion to which no response is required, and on that basis Defendant denies the allegations.

75. Defendant responds that this paragraph contains a legal conclusion to which no response is required, and on that basis Defendant denies the allegations.

76. Defendant responds that this paragraph contains a legal conclusion to which no response is required, and on that basis Defendant denies the allegations.

77. Defendant denies that IP address is a unique identifier and notes that website visitors control their device and browser settings and have choices about how Defendant uses cookies and other tracking technologies on Forbes.com. Defendant responds that this paragraph otherwise

Holland & Knight LLP
560 Mission Street, Suite 1900
San Francisco, CA 94105
Tel: 415.743.6900
Fax: 415.743.6910

contains a legal conclusion to which no response is required, and on that basis Defendant denies the allegations.

78. Defendant denies that IP address is a unique identifier and notes that website visitors control their device and browser settings and have choices about how Defendant uses cookies and other tracking technologies on Forbes.com. Defendant responds that this paragraph otherwise contains a legal conclusion to which no response is required, and on that basis Defendant denies the allegations.

79. Denied.

**Count 2**

**California Unfair Competition Law**

**Cal. Bus.& Prof. Code § 17200, et seq.**

80. This paragraph does not raise a factual allegation; thus no response is required. To the extent a response is necessary, Defendant incorporates all answers from paragraphs above as if fully set forth herein.

81. Defendant responds that this paragraph contains a legal conclusion to which no response is required, and on that basis Defendant denies the allegations.

82. Defendant responds that this paragraph contains a legal conclusion to which no response is required, and on that basis Defendant denies the allegations.

83. Defendant responds that this paragraph contains a legal conclusion to which no response is required, and on that basis Defendant denies the allegations.

84. Defendant denies that IP address is a unique identifier and notes that website visitors control their device and browser settings and have choices about how Defendant uses cookies and other tracking technologies on Forbes.com. Defendant responds that this paragraph otherwise contains a legal conclusion to which no response is required, and on that basis Defendant denies the allegations.

85. Defendant responds that this paragraph contains a legal conclusion to which no response is required, and on that basis Defendant denies the allegations.

86. Denied.

Holland & Knight LLP
560 Mission Street, Suite 1900
San Francisco, CA 94105
Tel: 415.743.6900
Fax: 415.743.6910

**PRAYER FOR RELIEF**

This section of the complaint contains Plaintiffs' requested relief, to which no response is required. To the extent a response is required, Defendant denies that Plaintiffs are entitled to any of the relief requested.

**DEMAND FOR JURY TRIAL**

This section of the complaint contains a demand for a trial by jury on any and all issues in this action so triable of right, to which no response is required.

**AFFIRMATIVE DEFENSES**

**FIRST AFFIRMATIVE DEFENSE**

**(FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED)**

Plaintiffs and/or putative class members fail to state a claim upon which relief may be granted.

**SECOND AFFIRMATIVE DEFENSE**

**(LACK STANDING)**

Plaintiffs and the putative class members lack Article III standing to assert the alleged claims, because they have not suffered any cognizable injury and any alleged harm they suffered is not traceable to Defendant. Plaintiff and the putative class members also lack statutory standing to assert the UCL claim because they have not lost money or property.

**THIRD AFFIRMATIVE DEFENSE**

**(CONSENT / RATIFICATION)**

Plaintiffs and/or the putative class members consented and/or ratified the activities alleged in the Complaint by consenting to Microsoft's terms and data policies which describe how it and its subsidiaries and affiliates can collect information from third-party websites. Visitors to Defendant's website also were on notice of and/or assented to Defendant's Terms and Conditions and Privacy Notice, including when they create an online account. Website visitors also control their device and browser settings and have choices about how Defendant uses cookies and other tracking technologies on Forbes.com.

**FOURTH AFFIRMATIVE DEFENSE**

**(ACTS OF THIRD PARTIES)**

Damages or injuries allegedly suffered by Plaintiffs and/or the putative class members, if any, are attributable in full or in part to the conduct, deeds, words, acts and/or omissions of third parties, and not Defendant.

**FIFTH AFFIRMATIVE DEFENSE**

**(FAILURE TO MITIGATE DAMAGES)**

Plaintiffs and/or the putative class failed to mitigate damages, if any damages exist, which results in a reduction of damages by the amounts by which Plaintiffs and/or the putative class members could have mitigated damages but did not do so.

**SIXTH AFFIRMATIVE DEFENSE**

**(ASSUMPTION OF THE RISK)**

Plaintiffs and/or the putative class members assumed the risk that certain browsing activity on the website could be shared with third parties, including but not limited to, by not logging out of third party accounts when browsing other websites not utilizing privacy settings available in third party accounts, not utilizing their own browser and/or device privacy settings, and/or not opting out on Defendant's website.

**SEVENTH AFFIRMATIVE DEFENSE**

**(WAIVER)**

Plaintiffs and/or putative class members have waived any alleged confidentiality or privacy regarding their IP address or data they shared with Defendant by disclosing it directly to third parties.

**EIGHTH AFFIRMATIVE DEFENSE**

**(MISTAKE / BONA FIDE ERROR)**

Any alleged disclosure of consumers' personal information, after consumers opted out on Defendant's website, was not intentional and resulted from a mistake or bona fide error in Defendant's implementation and/or configuration of its opt-out tool.

**NINTH AFFIRMATIVE DEFENSE**

**(DUE PROCESS)**

The imposition of aggregated, class-wide damages in this case would be excessive and violate Defendant's due process and other Constitutional rights.

Holland & Knight LLP
560 Mission Street, Suite 1900
San Francisco, CA 94105
Tel: 415.743.6900
Fax: 415.743.6910

Holland & Knight LLP
560 Mission Street, Suite 1900
San Francisco, CA 94105
Tel: 415.743.6900
Fax: 415.743.6910

**<u>TENTH AFFIRMATIVE DEFENSE</u>**

**(ADDITIONAL DEFENSES)**

Defendant reserves the right to raise any other defenses or assert affirmative defenses which may become apparent upon discovery.

**<u>PRAYER FOR RELIEF</u>**

WHEREFORE, Defendant prays for judgment as follows:

1. That Plaintiffs take nothing by way of the Complaint on file herein;
2. That all requests for equitable and/or injunctive relief of any kind be denied;
3. That judgment be entered in Defendant's favor and against Plaintiffs on all claims for relief;
4. That Defendant be awarded the costs of suit incurred herein; and
5. That Defendant be awarded such other and further relief as this Court may deem appropriate.

Dated: February 18, 2025

HOLLAND & KNIGHT LLP

By: *<u>/s/ Ashley L. Shively</u>*
Ashley L. Shively

*Counsel for Defendant*
Forbes Media LLC