# EXHIBIT A

**EXHIBIT A**

The information contained in this chart is based on publicly available filings related to the motions for preliminary and final approval of settlement in each respective case.

| Case; Claims Released | Total Settlement Fund; Total Theoretical Exposure | Total Number of Class Members | Total Number of Class Members to Whom Notice Was Sent; Method(s) of Notice | Number and Percentage of Claims Forms Submitted | Final Payout Per Class Member; Non-Monetary Relief | Amounts Distributed to Cy Pres Recipients | Admin. Costs | Attorneys' Fees and Costs |
|---|---|---|---|---|---|---|---|---|
| *Berman v. Forbes Media LLC*, No. 3:24-cv-09287 (N.D. Cal.); claims related to "the alleged disclosure, use, interception, or recording of Settlement Class Members' IP addresses, unique identifiers, and/or personal information by Forbes and/or the Trackers on Forbes's website" | $10,000,000; $19.5 billion | ~3.9 million (estimated) | Notice designed to reach at least 70% of the Settlement Class (Peak Decl. ¶ 9); email notice to known class members plus digital media campaign | 1–6% (estimated) | Estimate depends on claims rate; business practice change to provide improved notice of trackers | None | $121,153 | $2,500,000 (requested) |

| | | | (Peak Decl. ¶¶ 14–23) | | | | | |
|---|---|---|---|---|---|---|---|---|
| *Mirmalek v. Los Angeles Times Commc'ns, LLC*, No. 3:24-cv-1797 (N.D. Cal.); claims "involving the alleged disclosure, use, interception, or transfer of Settlement Class Members' information, such as the direct collection of that information from the website or mobile app, or the use of that information by Third Parties for subsequent profiling and advertising." | $3,850,000; $1.675 billion | ~335,000-1,800,000 (estimated) | Unknown; email, postcard, and publication (digital) notice | 1–6% (estimated) | $40.32–$216.63 (estimated); none | Unknown | $312,510 (estimated) | Fees: $962,500 (requested) Costs: $26,933.86 (requested) |
| *Shah v. Fandom, Inc.*, No. 3:24-cv-1062 (N.D. Cal.); claims "involving the alleged disclosure, use, interception, or recording of Settlement Class Members' information by the Trackers." | $1,200,000; $4.3 billion | ~860,000 (estimated) | Unknown; publication (digital) notice | 3,000–5,000 (estimated) | $130–$216.67 (estimated); none | Unknown | $130,000–$150,000 (estimated) | Fees: $349,472.52 (requested) Costs: $50,527.48 (requested) |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| *Koskosky v. DaVita Inc.*, No. CACE24009252 (Fla. Cir. Ct. Broward Cnty); claims related to "the Website Usage Disclosure, the allegations in the Complaint and Litigation, or any [acts] regarding any alleged disclosure of the Plaintiffs' personal information and/or personal health information to any third party" | $3,800,000; unknown | 605,436* | Unknown; email and postcard notice | Unknown | $37.61* | Unknown | Unknown | Unknown |
| *In re Workit Health, Inc.*, No. 2:23-cv-11691 (E.D. Mich.); claims relating to "Defendant's use of third-party tracking technologies, including the Meta Pixel and Google Analytics, that may have led to any Third-Party Disclosure." | $578,680; unknown | 121,972 | 110,446; email notice | 6,672 | $43.00 (estimated) | None | Unknown | Fees: $192,893.33<br><br>Costs: $12,349.50 |

| *Katz-Lacabe v. Oracle Am., Inc.*, No. 3:22-cv-4792 (N.D. Cal.) | $115 million; over $1 billion | 220 million | 456 million emails, 213.4 million via internet notice; email and publication (digital) notice | Over 3.2 million | $25.00; agreement not to capture user-generated information within referral URLs and to implement an audit program | Unknown | 4.8 million (estimated) | Fees: $28.75 million<br><br>Costs: $211,350.52 |

*These two numbers were used in the motion for preliminary approval in *Mirmalek , v. Los Angeles Times Commc'ns, LLC*, Case No. 3:24-cv-1797 (N.D. Cal.), ECF No. 45, but counsel for Plaintiffs were unable to verify this number independently.