Krysta Kauble Pachman (SBN 280951)
Eliza Finley (SBN 301318)
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
Email: kpachman@susmangodfrey.com
Email:  efinley@susmangodfrey.com


*Attorneys for Plaintiffs*
*Domenica Berman and Abygael Piehl*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMENICA BERMAN and ABYGAEL PIEHL, individually and on behalf of all others similarly situated,<br><br>    *Plaintiffs,*<br><br>vs.<br><br>FORBES MEDIA LLC,<br><br>    *Defendant.* | Case No. 24-cv-09287-WHO<br><br>**DECLARATION OF KRYSTA K. PACHMAN IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date:  June 10, 2026<br>Time: 2:00 pm<br>Ctrm: Courtroom 2 – 17th Floor<br>Judge: Hon. William H. Orrick |

**DECLARATION OF KRYSTA K. PACHMAN**

I, Krysta K. Pachman, declare as follows:

1.      I am an attorney admitted to the bar of California. I am over eighteen years of age and have personal knowledge of the facts set forth in this declaration and could and would testify competently to them. I submit this declaration in support of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement.

2.      I am a partner in the law firm of Susman Godfrey L.L.P. ("SG"), attorneys of record, along with the law firm of Don Bivens, PLLC, for Plaintiffs Domenica Berman and Abygael Piehl ("Plaintiffs") and the proposed Settlement Class, as defined in the settlement agreement. I have no knowledge of the existence of any conflicting interests between my firm and any of its attorneys and our co-counsel, Don Bivens, PLLC, on the one hand, and Plaintiffs or any other Settlement Class Member, on the other.

3.      Plaintiffs filed this putative class action on December 20, 2024, alleging that Forbes Media LLC ("Forbes") violated the California Invasion of Privacy Act ("CIPA"), Cal. Pen. Code § 638.51(a), and the California Unfair Competition Law ("UCL"), Cal. Bus. & Prof. Code § 17200, *et seq.*, by installing and using third-party trackers (the "Trackers") on Forbes.com that collected IP addresses and other unique identifiers from website visitors and transmitted that information to third parties.

4.      Forbes did not move to dismiss the Complaint, and the Plaintiffs and Forbes (the "Parties") proceeded to engage in extensive written discovery. The Parties exchanged over 2,500 documents and also served and responded to numerous requests for admission and interrogatories.

5.      Plaintiffs sought and obtained discovery from third parties Microsoft and LinkedIn, which required extensive negotiations. Among other things, Plaintiffs negotiated the scope of document requests and search terms with each third party. Microsoft and LinkedIn each produced documents and data regarding the functionality and data-collection practices of the LinkedIn Insight Tag, the Bing Universal Event Tracking Tag, and the Adnx Tracker.

6.      Plaintiffs also engaged and worked extensively with a software expert who had the

DECLARATION OF KRYSTA K. PACHMAN ISO PLAINTIFFS' MOTION
FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

expertise necessary to understand how the Trackers collect and transmit user data. This expert analyzed the technical functioning of the Trackers at issue and had begun preparing his report in support of class certification.

7. The Parties were conducting discovery and briefing class certification when the Court asked the Parties to explore mediation. Counsel for the Parties then decided to ask the Court to modify the pretrial schedule to allow the Parties to prepare for the mediation and begin depositions shortly thereafter if negotiations were unsuccessful.

8. Following an all-day mediation on January 7, 2026, with the Honorable Suzanne H. Segal, the Parties engaged in arm's-length, adversarial negotiations over the terms of a potential settlement.

9. Judge Segal ultimately made a mediator's proposal, which was accepted by the Parties on January 13, 2026. The Parties executed a binding term sheet on January 30, 2026.

10. The Parties subsequently finalized the terms of the Settlement Agreement after another two months of negotiations and securing a claims administrator pursuant to a competitive bidding process. The comprehensive Settlement Agreement was executed on April 21, 2026. A true and correct copy of the Settlement Agreement is attached to this declaration as **Exhibit 1.**

11. My firm is aware of the resources required to bring this case to a successful conclusion and is willing to commit those resources for the benefit of the Settlement Class. Our experience, coupled with the firm's resources, has allowed us, and will continue to allow us, to skillfully litigate this case in the best interests of the Plaintiffs and the Settlement Class. Over the course of the litigation, we have obtained a comprehensive understanding of the facts and the law and have vigorously prosecuted the claims on behalf of the Plaintiffs and the putative classes.

12. In my view and in the view of all counsel for Plaintiffs, the Settlement Agreement is fair, reasonable, and adequate. Despite our confidence in the strength of the Plaintiffs' claims, we recognize that the expense, duration, and complexity of protracted litigation would be substantial and the outcome of future motion practice and any trial on the merits would be uncertain.

DECLARATION OF KRYSTA K. PACHMAN ISO PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

13. Whereas proceeding with litigation would pose a significant risk of no recovery as well as ongoing, substantial additional expenditures of time and resources, the Settlement Agreement will confer an immediate benefit on Plaintiffs and the Settlement Class Members. The Settlement Agreement is fair and reasonable in light of the complexities of the case, the state of the law, and the uncertainties of class certification and litigation.

14. Plaintiffs and their counsel have vigorously prosecuted this action and will continue to do so through final approval. Plaintiffs and counsel brought their claims, investigated the technology at issue, engaged in extensive discovery, and attended mediation with a neutral mediator.

15. Plaintiffs Domenica Berman and Abygael Piehl played a critical role in this litigation by providing background information and meeting with counsel on multiple occasions, collecting and producing documents in response to Forbes's requests for document production, and responding to numerous interrogatories and requests for admission. They understand that they cannot have any legal conflict with the Settlement Class, and there is no evidence that they have any conflict. Plaintiffs also share the common goal with the Settlement Class of proving Forbes's common course of conduct and obtaining redress.

16. My firm and I have extensive experience litigating class action lawsuits of similar size, scope, and complexity to this one. I have spent my career successfully representing classes in complex cases, securing a $100 million settlement in *In re Pattern Energy Group Sec. Litig.*, Case No. 20-cv-275 (D. Del.); a settlement valued at over $100 million in *Ferrick, et al. v. Spotify USA*, No. 1:16-cv-08412 (S.D.N.Y.); a $40 million settlement in T*imber Hill v. Pershing Square Capital Management L.P.*, et al., No. 2:17-cv-04776 (C.D. Cal.); and a $37.5 million settlement in *Schulein, et al. v. Petroleum Development Corp.*, et al., No. 8:11-cv-01891 (C.D. Cal.), among others.

17. My work earned me recognition by National Law Journal as an Elite Woman of the Plaintiff's Bar in 2025, Law360 as a Class Action Litigation Rising Star in 2023, the Daily Journal as a Top Woman Lawyer in 2022, National Law Journal's Elite Trial Lawyers as a Rising Star of the Plaintiffs Bar in 2021 and 2023, Best Lawyers in America as "One to Watch" in 2021, The

DECLARATION OF KRYSTA K. PACHMAN ISO PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

Recorder as a California Trailblazer in 2020, and as one of Benchmark Litigation's "40 and Under Hot List" in 2020 through 2024. I have also been recognized among the nation's top young lawyers on Lawdragon's Inaugural 500 X – The Next Generation list published in 2023. In 2018, I was named as a Next Generation Woman Leader in Tech Law by The Recorder. I have been named as a Southern California Rising Star by the Super Lawyers® every year since 2017.

18.     My law partner Shawn Rabin, who is also serving as counsel in this case, has extensive experience litigating class actions, including in high-profile privacy cases like *Brown v. Google LLC*, 4:20-cv-03664-YGR (N.D. Cal.), and *Rodriguez v. Google*, 3:20-cv-04688-RS (N.D. Cal.), the latter of which recently resulted in a $425 million verdict for the class. Mr. Rabin was recently appointed Co-Chair of the Direct Purchaser Class in *In re Apple Inc. Smartphone Antitrust Litigation*, 2:24-md-03113 (D.N.J.), and was appointed Liaison Counsel for the Direct Purchaser Class in *In re Multiplan Antitrust Litigation*, 1:24-cv-06795 (MDL No. 3121) (N.D. Ill.).

19.     Mr. Rabin has been recognized by several publications as a top commercial litigator and plaintiffs' lawyer. Lawdragon named him as a Legal Legend in 2025 and as one of the Nation's Leading Lawyers every year since 2019; Chambers USA named him as a Leading Commercial Litigator in New York every year since 2020; and National Law Journal named him a Trailblazer for Plaintiff-side Litigation in 2022 and 2018. Mr. Rabin has also been recognized by Best Lawyers and Super Lawyers as a Top Lawyer for Commercial Litigation in New York. Mr. Rabin has had success not only litigating but also defending against class actions.

20.     A resume for my law firm, SG, and the professional biographies of each of the SG partners involved in this litigation are attached as **Exhibit 2-A**.

21.     Co-counsel Don Bivens of Don Bivens PLLC also has significant experience litigating class actions and privacy-related cases. Don Bivens PLLC is recognized as a First-Tier law firm for litigation by Best Lawyers in America, and Mr. Bivens himself ranks as a Best Lawyer across seven categories of litigation and dispute resolution. A firm resume for Don Bivens PLLC, which lists several privacy-related cases the law firm is involved in, is attached as **Exhibit 2-B**.

4
DECLARATION OF KRYSTA K. PACHMAN ISO PLAINTIFFS' MOTION
FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

22.     Plaintiffs believe, based on public website traffic data and an estimate provided by Kroll Settlement Administration LLC ("Kroll"), that there were approximately 3.9 million unique California visitors to Forbes.com during the relevant period (December 20, 2023, to the Preliminary Approval Date).

23.     As of the date of this filing, Settlement Class Counsel has expended approximately 840.9 hours litigating this Action, resulting in a lodestar of approximately $836,442.50.

24.     Settlement Class Counsel has also expended $118,136.30 in litigation expenses, including among other things, fees paid to a software expert retained to analyze the functionality and data-collection practices of the Trackers at issue.

25.     After a competitive bidding process, the Parties selected Kroll to serve as Settlement Administrator to provide notice to the Class and all other services necessary to implement the settlement.

26.     Seven claim administration companies made proposals that included a combination of e-mail and digital notice designed to reach at least 70% of the Settlement Class. Some proposals, like Kroll's, proposed electronic claims payments, while others proposed both physical checks and electronic payments. Settlement Class Counsel concluded that Kroll's plan provided the best plan to reach the greatest number of Class Members and achieve the highest potential claims rate for this case at a competitive cost.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on April 30, 2026, in Leawood, Kansas.

*Krysta Kauble Pachman*

_____

Krysta Kauble Pachman

5

DECLARATION OF KRYSTA K. PACHMAN ISO PLAINTIFFS' MOTION
FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT