# EXHIBIT 2-A



## The Susman Godfrey Difference

For over forty years, Susman Godfrey has focused its nationally recognized practice on just one thing: high-stakes commercial litigation. We are one of the nation's leading litigation boutique law firms, with offices in Houston, Los Angeles, New York and Seattle. We have a unique perspective, the will to win, and an uncommon structure, which taken together provide the way to win.

### The Will to Win

At Susman Godfrey, we want to win because we are stand-up trial attorneys, not discovery litigators. We approach each case as if it is headed for trial. Everything that we do is designed to prepare our attorneys to persuade a jury. When you are represented by Susman Godfrey, the opposing party will know that you are willing to take the case all the way to a verdict if necessary; this fact alone can make a good settlement possible.

Susman Godfrey has a longstanding reputation as one of the premier firms of trial lawyers in the United States. We are often brought in on the eve of trial to "rescue" troubled cases or to take the reins when the case requires trial lawyers with a proven record of courtroom success.

We also want to win because we share the risk with our clients. We prefer to work on a contingency-fee basis so that our time and efforts pay off only when we win. Our interests are aligned with our clients—we want to achieve the best-possible outcome at the lowest possible cost.

Finally, we want to win because each of our attorneys shares a commitment to your success. Each attorney at the firm—associate as well as partner—examines every proposed contingent fee case and has an equal vote on whether or not to accept it. The resulting profit or loss affects the compensation of every attorney at the firm. This model has been a tremendous success for both our attorneys and our clients. In recent years, we have achieved the highest profit-per-partner results in the nation. Our associates have enjoyed performance bonuses equal to their annual salaries. When you win, our attorneys win.

### Unique Perspective

Susman Godfrey represents both plaintiffs and defendants. We thrive on variety, flexibility, and creativity. Clients appreciate the insights that our broad experience brings. "I think that's how they keep their tools sharp," says one.

Many companies who have had to defend cases brought by Susman Godfrey on behalf of plaintiffs are so impressed with our work in the courtroom that they hire us themselves next time around—companies like El Paso Corporation, Georgia-Pacific Corporation, Mead Paper, and Nokia Corporation.

We know from experience what motivates both plaintiffs and defendants. This dual perspective informs not just our trial tactics, but also our approach to settlement negotiations and mediation

*Disclaimer: The information contained herein is revised frequently and is only accurate and current as of the date provided.  Please call us for the most recent edition.*

SUSMAN GODFREY

presentations. We are successful in court because we understand our opponent's case as well as our own.

## An Uncommon Structure

At Susman Godfrey, our clients hire us to achieve the best possible result in the courtroom at the least possible cost. Because we learned to run our practice on a contingency-fee model where preparation of a case is at our expense, we have developed a very efficient approach to commercial litigation. We proved that big cases do not require big hours. And, because we staff and run all cases using the same model, clients who prefer to hire us by the hour also benefit from our approach.

There is no costly pyramid structure at Susman Godfrey. As a business, we are lean, mean and un-leveraged—with a two-to-one ratio between partners and associates. To counter the structural bloat of our opponents, who often have three associates for each partner, we rely on creativity and efficiency.

Susman Godfrey's experience has taught what is important at trial and what can be safely ignored. We limit document discovery and depositions to the essential. For most depositions and other case-related events we send one attorney and one attorney alone to handle the matter. After three decades of trials, we know what we need—and what is just a waste of time and money.

## Unparalleled Talent

Susman Godfrey prides itself on a talent pool as deep as any firm in the country. Clerking for a judge in the federal court system is considered to be the best training for a young trial attorney, 100% of our Associates and over 90% of our Partners served in these highly sought-after clerkships after law school. Ten of our trial lawyers have clerked at the highest level—for Justices of the United States Supreme Court.

Our associates are not document-churning drones. Each associate at Susman Godfrey is expected to second-chair cases in the courtroom from the start. Because we are so confident in their abilities, we consider associates for partnership after seven years with the firm, unless they joined us following a federal judicial clerkship. In that case, we give credit for the clerkship, and the partnership track is generally six years. We pay them top salaries and bonuses, make them privy to the firm's financials, and let them vote—on an equal standing with partners—on virtually all firm decisions.

Each trial attorney at Susman Godfrey is invested in our unique model and stands ready to handle your big-stakes commercial litigation.

*Disclaimer: The information contained herein is revised frequently and is only accurate and current as of the date provided. Please call us for the most recent edition.*

## A Record of Winning

One of Susman Godfrey's early cases, the Corrugated Container antitrust trial, led to one of the highest antitrust jury verdicts ever obtained. Since that extraordinary start, the firm has remained devoted to helping businesses and individuals achieve similarly extraordinary results.

Recent high-profile victories include:

- Secured a historic $787.5 million settlement to resolve client, Dominion Voting System's, massive defamation lawsuit against Fox news Network, just before jury trial was to commence in Delaware Superior Court.

- Won a $166.3 million jury verdict on behalf of client Finesse Wireless LLC against AT&T Mobility LLC and Nokia Corporation of America over patent infringement claims relating to wireless networks. The jury delivered the verdict after three hours of deliberation following a week-long trial.

- Secured a favorable award for Flutter Entertainment when an arbitrator in New York nearly doubled the exercise price its opponent, FOX Corporation, sought for its option to acquire 18.6% of Flutter's portfolio company, FanDuel Group in a multi-billion dollar arbitration.

- Secured a $600 million settlement for residents of Flint, Michigan in the nationally followed Flint Water Crisis litigation.

- Won a $706.2 million unanimous jury verdict for client HouseCanary, in a breach of contract and misappropriation of trade secrets case against Quicken Loans affiliate, Title Source, Inc. The judgement appears at number four on *The National Law Journal*'s "Top 100 Verdicts of the Year" list.

- Obtained a $203 million win on behalf of New York hedge fund legend, Louis Bacon, in his high-profile defamation lawsuit against Canadian fashion magnate Peter Nygard.

- Won a $25.25 million jury verdict for client, Steven Lamar, in a contract and intellectual property dispute with Dr. Dre and Jimmy Iovine over the iconic Beats headphones — this verdict was also included on *The National Law Journal*'s "Top 100 Verdicts of the Year" list.

- Secured a favorable settlement for Uber in its epic battle against Google's Waymo over self-driving car technology.

- Won a jury verdict valued at $128 million for client General Electric, in its legal battle against the Nebraska Investment Finance Authority.

- Secured one of the largest settlement awards ever to a single whistleblower in a False Claims Act case—over $450 million from Novartis Pharmaceuticals, who was accused of defrauding Medicare and Medicaid by illegally paying kickbacks to pharmacies so they would recommend Novartis's medications to doctors and patients.

- Secured a settlement valued at $100 million for a certified class of plaintiffs in a copyright infringement class action against well-known music streaming service, Spotify.

*Disclaimer: The information contained herein is revised frequently and is only accurate and current as of the date provided. Please call us for the most recent edition.*

SUSMAN GODFREY

- Recovered $40 million for a class of derivatives investors in a securities class action against Valeant Pharmaceuticals International, Inc. The deal is believed to be the largest recovery ever obtained on behalf of derivative investors in history.

- Won a $50.3 million federal jury verdict for client, Green Mountain Glass, in a patent infringement lawsuit against Ardagh Glass, Inc. This verdict was #34 on *The National Law Journal*'s "Top 100 Verdicts of 2017" list.

- Secured a $91.25 million settlement for insurance policy owners in *37 Besen Parkway, LLC v. John Hancock Life Insurance Company*

- Secured nearly $600 million with various international investment banks on behalf of our plaintiff clients in the ongoing LIBOR antitrust class action. The agreement with these banks represents the resolution of claims by investors that transacted directly with the international banks on the panel to determine US Dollar LIBOR. Just recently the class that Susman Godfrey represents became the first and only class certified by the SDNY.

- Won a $70 million judgement for Wellstat Therapeutics against BTG International, Inc. in a pharmaceutical contract dispute in the Delaware Court of Chancery.

- Secured a settlement valued at $73 million while representing Flo & Eddie (the founding members of 60's music group, The Turtles) along with a class of owners of pre-1972 sound recordings for copyright violations by music provider Sirius XM. Susman Godfrey attorneys on this matter were named "California Lawyer Attorneys of the Year" by *The Daily Journal* for their legal work on this case.

- Won an over $43.2 million federal court jury award in favor of Apache Deepwater LLC and against W&T Offshore in an oil and gas related breach of contract case having to do with deepwater wells in the Gulf of Mexico. This verdict was named by *The National Law Journal* as one of "The Top 100 Verdicts of 2016" and appeared on Texas Lawyer's "Hall of Fame Verdicts" in 2019.

- Secured over $1.2 billion with several international automobile parts suppliers in the In Re Automotive Parts (Auto Parts) price-fixing class action. The multidistrict litigation, pending in the United States District Court for the Eastern District of Michigan, alleges long-running global collusion by auto parts companies to fix prices of automotive component parts.

- Secured as lead counsel in a case that challenged Phoenix Life Insurance Company's and PHL Variable Insurance Company's decision to raise the cost of insurance ("COI") nationwide on life insurance policy owners. The case settled with plaintiffs receiving a $48.5 million cash fund, COI freeze through 2020, and a covenant by Phoenix not to challenge the policies, worth $9 billion in face value.

- Secured a $244 million settlement in a federal monopolization and antitrust class action against News Corporation (News Corp) on behalf of a certified class of more than 500 consumer packaged goods companies. The media giant also agreed to change its business practices regarding in-store advertising.

*Disclaimer: The information contained herein is revised frequently and is only accurate and current as of the date provided. Please call us for the most recent edition.*

## Pro Bono

Susman Godfrey is committed to improving the laws and the legal system by representing those who cannot afford to pay for legal services. We encourage our attorneys to participate in pro bono opportunities and make firm resources available to ensure our pro bono efforts are meaningful and effective.

Lawyers at Susman Godfrey are often tapped by trial and appellate courts across the country to assist on precedent-setting pro bono matters. We also regularly partner with various organizations to drive forward significant and timely pro bono litigation. These organizations include, among many, the American Civil Liberties Union (ACLU), the Civil Rights Corps, the Texas Fair Defense Project, the Next Generation Action Network Legal Advocacy, and the International Rescue Committee.

In 2021, Susman Godfrey launched its Minority-Owned Business (MOBUS) Pro Bono Program which provides legal representation to minority-owned businesses in Houston in connection with commercial litigation, such as breach of contract, fraud, and other business disputes.

Susman Godfrey has been included on *National Law Journal*'s Pro Bono Hot List and our lawyers have been honored with awards such as *Texas Lawyer*'s Attorney of the Year, University of Texas School of Law's Distinguished Alumnus for Community Service Award, and Texas Appleseed's J. Chrys Dougherty Good Apple Award.

Should you want to partner with Susman Godfrey on a pro bono initiative, you can contact our Pro Bono Committee at ProBono@susmangodfrey.com.

The cases below illustrate the variety and importance of the matters we litigate pro bono.

Constitutional Challenges

- ***O'Donnell v. Harris County.*** For decades, the Harris County Jail held tens of thousands of people who were arrested for misdemeanors but were financially unable to post bail. Though arrested for the same minor offense, a person with money could avoid jail entirely while an indigent person would spend days or weeks in jail before determination of merits. Along with Civil Rights Corps and the Texas Fair Defense Project, Susman Godfrey represents on a pro bono basis a class of indigent arrestees who challenged the constitutionality of Harris County's money bail practices. After an eight-day evidentiary hearing, the US District Court found Harris County's system unconstitutional and ordered broad injunctive relief. After the bail reforms went into effect, the US Court of Appeals for the Fifth Circuit affirmed the district court's rulings that the system was unconstitutional. In the first year in which the injunctive relief was in effect, more than 12,000 people were released from jail.

Human Rights/Anti-Discrimination

- ***Faculty, Alumni and Students Opposed to Racial Preferences v. New York University Law Review.*** Susman Godfrey defended New York University Law Review

*Disclaimer: The information contained herein is revised frequently and is only accurate and current as of the date provided. Please call us for the most recent edition.*

SUSMAN GODFREY

against allegations that its diversity and inclusiveness initiatives violate federal bias law by favoring female and minority applicants and authors. The Hon. Edgardo Ramos of the Southern District of New York granted the motion filed by Susman Godfrey to dismiss the case. The Second Circuit later affirmed the decision.

- ***Texas v. United States of America and the International Rescue Committee.*** Represented the International Rescue Committee (IRC) pro bono when the state of Texas sued to block the federal government and the IRC from resettling any Syrian refugees in Texas. Working with the ACLU, and the Southern Poverty Law Center, the team defeated the state's multiple requests for injunctive relief. The federal district court later dismissed all of the state's claims.

- ***Jared Woodfill et al. v. Annise Parker et al.*** Served as lead trial counsel for the city of Houston and won a jury verdict and a final judgment in a closely-watched trial over a challenge to Houston's Equal Rights Ordinance, a law that prohibits discrimination based on an individual's sex, race, color, ethnicity, national origin, age, familial status, marital status, military status, religion, disability, sexual orientation, genetic information, gender identity, or pregnancy in city employment and city services, city contracts, public accommodations, private employment (excluding religious organizations), and housing. The city asked Susman Godfrey to represent it pro bono and defend the ordinance. After a two-week trial, the jury issued its verdict resoundingly in the city's favor. After two months of post-verdict briefing, the court issued a final judgment in favor of the city.

- ***International Franchise Ass'n, Inc. et al. v. City of Seattle, et al.*** Retained by the city of Seattle on a partial pro bono basis to defend its landmark $15 per hour minimum wage ordinance. Several Seattle franchise businesses challenged the ordinance on a number of legal grounds, including violation of the Equal Protection Clause and Dormant Commerce Clause of the US Constitution. The district court denied the plaintiff franchise group's motion for a preliminary injunction and found that the plaintiffs had failed to demonstrate a likelihood of succeeding on the merits of any of their claims.

Death Penalty Appeals/Prisoners' Rights
- ***David Daniels et al. v. Dallas County Sheriff Marian Brown.*** Partnered with the American Civil Liberties Union, ACLU of Texas, Civil Rights Corps, and the Next Generation Action Network Legal Advocacy Fund to bring a federal class-action lawsuit for emergency relief to remedy the Dallas County Jail's ongoing failure to manage the extraordinary risks COVID-19 poses to its detainees, staff, and the larger community.

- ***In re: Alfred DeWayne Brown.*** Represented a wrongfully convicted man, Alfred Dewayne Brown, in his now successful quest to obtain an "actual innocence" finding from the Harris County D.A.'s office after nearly a decade on death row for a murder he didn't commit.

- ***Harris v. Fischer.*** Secured an important pro bono appellate victory on behalf of a former Bedford Hills Correctional Facility inmate who alleged her Fourth and Eighth Amendment rights were violated during a body cavity search while she was incarcerated. In its ruling,

*Disclaimer: The information contained herein is revised frequently and is only accurate and current as of the date provided.  Please call us for the most recent edition.*

the US Court of Appeals for the Second Circuit vacated the district court's decision dismissing the case and remanded for further consideration.

- **Death Penalty Appeals.** Handled several death penalty appeals focusing on the requirement for the State of Texas to release information about the chemicals used to put prisoners to death in order for counsel to protect the rights of their clients not to be subject to cruel and unusual punishment. In one case, the Susman Godfrey team obtained an injunction against execution due to this issue.

Other Significant Pro Bono Work

- *Alley Theater v. Hanover Insurance Co.* The Tony Award-winning Alley Theatre, the oldest professional theatre company in Texas and the third-oldest resident theatre in the country, suffered devastating destruction during Hurricane Harvey, incurring millions in losses from property damage, lost income and expenses. Susman Godfrey represented the Theatre pro bono in insurance litigation related to hurricane-caused business interruption. Susman Godfrey first secured a partial summary judgment ruling on behalf of Alley in a coverage lawsuit against Hanover over claims the theatre was not properly reimbursed for hurricane-related business interruption losses. The firm later scored a second victory for the theater when they settled the final piece of the litigation.

- *First Presbyterian Church of Houston v. Presbytery of the New Covenant, Inc.* Represented First Presbyterian Church of Houston (FPC), one of the oldest congregations in Houston, in a property dispute against the Presbyterian Church (PCUSA), which claimed for close to 30 years that it has a trust interest in FPC's property in Houston, Texas. The Court ruled in FPC's favor on summary judgment, entering final judgment and a permanent injunction against the Presbytery of the New Covenant and finding that the PCUSA has no interest in FPC's property. After appellate arguments, the parties settled, with the denomination releasing any claim to any interest in FPC's property.

- **Law Center to Prevent Gun Violence.** For years, Susman Godfrey has provided pro bono legal research, consultation, and strategy advice to the Law Center to Prevent Gun Violence regarding measures to regulate the sale and use of firearms.

## Office Locations

| **Houston** | **Los Angeles** | **New York** | **Seattle** |
|---|---|---|---|
| 1000 Louisiana St Suite 5100 Houston, TX, 77002 T: 713-651-9366 F: 713-654-6666 | 1900 Avenue of the Stars Suite 1400 Los Angeles, CA 90067 T: 310-789-3100 F: 310-789-3150 | 1301 Avenue of the Americas 32nd Floor New York, NY 10019 T: 212-336-8330 F: 212-336-8340 | 1201 Third Avenue Suite 3800 Seattle, WA 98101 T: 206-516-3880 F: 206-516-3883 |

*Disclaimer: The information contained herein is revised frequently and is only accurate and current as of the date provided. Please call us for the most recent edition.*

# SUSMAN GODFREY



# Shawn J. Rabin

Partner

New York

(212) 336-8330

srabin@susmangodfrey.com

## *Overview*

Shawn Rabin, a Susman Godfrey Partner and member of the firm's Executive Committee, is a go-to trial lawyer for high-stakes litigation. Described by one client as "highly strategic and always looking out for his clients' best interests," (Chambers USA 2022), Rabin personally handles all aspects of his cases, from evaluating claims before a complaint is filed to selecting juries and seeing cases through to verdict. Having tried cases all across America—from San Francisco to San Juan—Rabin's creativity and strategic thinking give his clients the extra margin necessary for victory.

In recognition of his success, *Chambers USA* has repeatedly selected Rabin as part of their Leading Practitioner in New York: Litigation General Commercial rankings.

**"**

*"His trial work is extraordinary, just exhilaratingly brilliant to watch during trial."*
**As quoted in Chambers USA 2022 rankings**

**"**

*"Shawn Rabin is 'among the very best litigators I work with …. He's extremely hard-working, very responsive and a very reliable partner."*
**As quoted in Chambers USA 2020 rankings**

**"**

*"We'd be lost without Shawn."*
**As quoted in Chambers USA 2021 rankings**

Rabin is continually recognized by the legal community for his litigation savvy:

# SUSMAN GODFREY

- *Chambers USA* included Rabin in their 2020, 2021, 2022, 2023, 2024 and 2025 exclusive rankings of Leading General Commercial Litigators in New York.

- *Lawdragon* named Rabin a Legend in 2025, included him on the Lawdragon 500 List of the Country's Leading Lawyers in 2019, 2020, 2021, 2022,,2023, 2024, and 2025, ranked him as a Leading Plaintiff Financial Lawyer in 2019, 2020, 2021, 2022, 2023, 2024,and 2025 and named him  among its 500 Leading Litigators in 2022, 2023, and 2024. In 2025 it named Rabin among the top 500 plaintiff lawyers globally.

- The *National Law Journal* named Rabin a Trailblazer for Plaintiff-side Litigation in 2022 and 2018 and Employment Litigation in 2020 (ALM).

- *The Best Lawyers in America®* recognized Rabin as a Top Commercial Litigation Lawyer in New York for Commercial Litigation in 2019, 2020 and 2021. (Woodward White Inc.).

- *Super Lawyers* recognized Rabin as a Super Lawyer in New York from 2019 to 2024 and previously ranked him as a Rising Star every year from 2007 to 2018 (Thomson Reuters).

And the most unique of his honors, after winning a major trial victory in the state of Kentucky, the Governor of Kentucky appointed Rabin to the Honorable Order of Kentucky Colonels and bestowed upon him the title of "Colonel Shawn Rabin."

In addition to his litigation work, Rabin is frequently sought out by leading publications to opine on and write about today's hottest legal topics. Most recently, he penned an article for *Bloomberg News* called, Litigation Funding Success Breeds New Set of Ethical Issues, where he discussed the rising popularity of litigation funding and offered a proposed solution to some of its pitfalls.

Rabin has a proven track record of success. This includes:

- Representing WeWork founder Adam Neumann against SoftBank after SoftBank withdrew its offer to buy up to $3 billion in WeWork stock from Mr. Neumann and other shareholders. This lawsuit represents one of the largest individual claims to be litigated this century.  The litigation was placed on an expedited schedule in the Delaware Chancery Court. A week before trial, the case settled as reported by media outlets throughout the world. The *New York Times*' coverage of the lawsuit can be accessed here and here.

- Representing Uber in the nationally covered trial that pitted Google's Waymo against Uber. Just a few months before trial, Rabin and his partner Bill Carmody were hired to represent Uber in a theft of trade secret case that the media called the "Tech Trial of the Century."  Although Waymo sought damages of almost $2 billion, Rabin

**susmangodfrey.com**

and his team got all of Waymo's experts' damages opinions struck.  The case settled two trial days before Rabin's cross-examination of the star witness Anthony Levandowski.

- Winning a federal jury trial in the Southern District of New York for client General Electric in a breach of contract dispute with the Nebraska Investment Finance Authority over how many years an investment contract required GE to pay interest. After deliberating for two hours, the jury returned a verdict in favor of Rabin's client valued at over $160 million.

- Winning a federal bench trial in the District of Puerto Rico while representing the world's largest retailer, who was challenging a local tax as violating the Dormant Commerce Clause and the Equal Protection Clause. The federal district judge agreed with Rabin, striking down the statute in a decision that was front-page news across the country.  The U.S. Court of Appeals for the 1st Circuit—where Rabin coincidentally served as a law clerk over a decade earlier–unanimously affirmed.

- Strategically defeating several class actions on a motion to dismiss — Rabin was lead trial counsel for Trover Solutions in several class actions filed across the country relating to insurance subrogation. Rabin developed an approach to get the cases dismissed by knocking out the named plaintiff's claims before class certification. Several of the cases were then appealed and the U.S. Court of Appeals for the 3rd Circuit where they were unanimously affirmed.

- Arguing an appeal to an en banc panel of the Delaware Supreme Court — Rabin was hired to argue and draft the appellate brief on behalf of the former stockholders of Harmonix Music Systems against Viacom in an appeal involving Viacom's acquisition of Harmonix and the Guitar Hero and Rock Band video games.  The Delaware Supreme Court affirmed the lower-court judgment.

- Representing Jerry Moyes against the National Hockey League in his legal battle involving the Phoenix Coyotes — Rabin secured a ruling significantly reducing the $140,000,000 in potential damages sought by the National Hockey League against Jerry Moyes and his family stemming from their ownership of the Phoenix Coyotes hockey team.

- Representing The Rawlings Company in a high stakes jury trial where, after presenting three-weeks of evidence to a jury in Oldham County, Kentucky, Rabin helped secure a complete defense victory in what was one of the first wage-and-hour class actions to go to trial in Kentucky.

"

*"He is just technically exceptional, strategically impressive, and has the right temperament for dispute."*
**As quoted in Chambers USA 2023 rankings**

# SUSMAN GODFREY

## *Notable Representations*

**Representative Cases**

- In 2020, Rabin was hired by WeWork founder Adam Neumann to serve as counsel for one of the largest individual claims to be litigated this century as part of a multi-firm trial team after SoftBank withdrew its offer to buy up to $3 billion in WeWork stock from Mr. Neumann and other shareholders. The litigation was placed on an expedited schedule in the Delaware Chancery Court. In 2021, a week before trial was set, the case settled as reported by media outlets throughout the world. The *New York Times*' coverage of the lawsuit can be accessed here and here.

- In 2018, Rabin and his partner Bill Carmody were hired months before trial to represent Uber in its legal battle against Google/Waymo. Although Waymo sought damages of almost $2 billion, Rabin and his team got all of Waymo's experts' damages opinions struck. The case, being litigated before a federal jury in San Francisco, settled two trial days before Rabin's cross-examination of the star witness Anthony Levandowski.

- In 2017, Rabin successfully tried a contract case before a jury in the Southern District of New York on behalf of General Electric. Rabin handled the direct examination of the liability experts and cross-examined the defendants' main fact witness. The jury returned a verdict in favor of GE valued at more than $160 million.

- In 2016, Rabin became one of the few lawyers to win a constitutional challenge to a tax statute. As counsel to a major retailer, Rabin and his partners tried a case in San Juan, Puerto Rico, challenging a tax as violating the Dormant Commerce Clause and the Equal Protection Clause. After a week-long bench trial, the trial judge agreed and struck down the statute in a decision that was front-page news across the country. The First Circuit Court of Appeals later affirmed the decision.

- In 2015, Rabin and his partners were hired by GE Mortgage Holdings as trial counsel for a case that had been pending for many years. The plaintiffs claimed they were owed almost $1 billion in damages. Rabin and Susman Godfrey were hired months before trial and quickly learned the case, developed a strategy for how to win at trial, and filed key pre-trial motions that decimated the plaintiffs' case. After winning the most important pre-trial motions, Rabin's client settled for a confidential sum a week before trial.

- In 2015, Rabin was the lead lawyer for Trover Solutions in a putative class action filed in the United States District Court for the Eastern District of Pennsylvania. Rather than fight the class allegations, Rabin developed a strategy that successfully knocked out the named plaintiff's claim before class certification. The case was then appealed to the Third Circuit where Rabin's client once again prevailed. *See Mallon v. Trover Solutions Inc., No. 14-3189 (3rd Cir. 2015).*

- In 2014, Rabin was the lead lawyer for Dental One Partners, one of the nation's largest dental service management organizations in the country.

# SUSMAN GODFREY

Dental One was involved in a complex, multi-party dispute in North Carolina relating to whether certain conduct could be classified as the practice of dentistry. Recognizing that the best solution was not cut-throat litigation, Rabin organized all of the plaintiff and defendant lawyers so that all sides could develop a winning solution outside of the courtroom. After months of negotiation, a resolution was reached without taking a single deposition.

- In 2013, Rabin was hired to argue and draft the appellate brief for a case pending before an en banc panel of the Delaware Supreme Court.  Rabin represented the former stockholders of Harmonix Music Systems against Viacom in an appeal involving Viacom's acquisition of Harmonix and the Guitar Hero and Rock Band video games.  The Delaware Supreme Court affirmed the lower-court judgment in a published opinion that can be accessed here:  _Winshall v. Viacom Intern. Inc._, 76 A.3d 808 (Del. 2013) (en banc).

- In 2013, Rabin helped secure a ruling significantly reducing the potential damages sought by the National Hockey League against Rabin's client.  In that case, the NHL sued Jerry Moyes and his family stemming from their ownership of the Phoenix Coyotes hockey team and sought more than $140,000,000 in damages.  The case was originally filed in New York state court.  Rabin devised a successful plan to have the case removed from New York state court to New York federal court to Arizona federal court and then to an Arizona Bankruptcy court.  After successfully moving the case back to Arizona, Rabin took and defended the key depositions in the case and then successfully moved for summary judgment eliminating most of the NHL's claims.  An article discussing the decision can be accessed here.

- In 2012, Rabin was hired by a world-renowned surgeon to represent him in cases pending in federal court and arbitration against a medical device manufacturer.  As lead trial counsel, Rabin formulated the trial strategy, took and defended the key depositions, and handled most of the direct and cross-examinations at trial.  The lawsuits resulted in a confidential settlement after trial.

- In 2012, Rabin was hired by a widow to defend a multi-million dollar will contest that was filed by the deceased husband's children.  After taking key depositions, winning several rulings before the Probate Court, and devising a strategy to prove the deceased had the proper mental capacity to execute his will, Rabin was able to position the case for a confidential settlement before trial.

- In 2012, Rabin was hired by Trover Solutions to defend a putative class action filed against it and several insurance companies in federal court in the Southern District of New York.  The case involved whether New York law prohibited placing liens on personal injury or wrongful death settlements.  After extensive briefing and argument, Judge Patterson dismissed all of the Plaintiffs' claims resulting in a total victory for Rabin's

# SUSMAN GODFREY

client.  The published decision can be accessed here:  *Meek-Horton v. Trover Solutions, Inc.*, 915 F.Supp.2d 486 (S.D.N.Y. 2013).

- In 2011, Rabin won a defense verdict on behalf of The Rawlings Company in a class action challenging the company's classification of its employees as exempt from the overtime laws. During the three-week jury trial in Kentucky state court, Rabin picked the jury, handled the direct examinations of many of the company's witnesses–including the company's top executive–and cross-examined Plaintiffs' witnesses. This complete victory for Rabin's client was achieved in one of the first wage and hour class actions to go to trial in Kentucky.  The verdict was featured in the American Lawyer here and Law360 here.

- In 2010, Shawn Rabin was hired by a family to represent them in a shareholder oppression case. Rabin engineered a strategy that placed the family in the best litigation position without harming the company in which they owned substantial shares. Rabin's outside-the-box approach led to an arbitration and then a confidential settlement.

- In 2009, Shawn Rabin represented an international company against a subsidiary of a large New York bank in a contract dispute regarding the failed purchase of a company. Rabin briefed the crucial motion to dismiss and handled preparing the case for expedited discovery and trial. Shortly after Rabin filed the response to the Motion to Dismiss, the defendants chose to settle the case–a substantial victory for Rabin's client.

- In 2008, Shawn Rabin tried a patent infringement case before the Honorable Judge T. John Ward and a jury in the Eastern District of Texas for their client C2 Communications. The case involved whether the nation's largest telecommunication carriers infringed a voice over internet protocol (VoIP) patent. The case settled after the third day of trial, following the close of C2's case-in-chief and Rabin's direct examination of the patent's owner and C2's damages expert.

- In 2008, Bill Carmody and Shawn Rabin settled a lawsuit involving a horrific drunk driving collision. In 2005, a drunk driver struck a hotel van transporting a family to the airport. A young girl was killed and members of the family were severely injured. Rabin performed an extensive investigation before filing suit to determine exactly how and where the drunk driver became intoxicated. This pre-complaint investigation resulted in confidential settlements with some of the wrong-doers. Rabin then filed a complaint against the two bars where the drunk driver had consumed alcohol. All of the defendants chose to settle after Rabin took damaging depositions of the key witnesses. The value of these significant settlements are confidential.

- In 2008, Brian Melton and Shawn Rabin represented a defendant against claims that it wrongfully terminated its former CEO. After several rounds of discovery and several victories before the trial court judge, the opposing party agreed to settle the case for a minimal amount.

# SUSMAN GODFREY

- In 2007, Shawn Rabin spent almost one-quarter of the year in trial defending a large company against a wage and hour class action. Rabin performed the direct and cross examination of more than a dozen fact and expert witnesses. A description of Rabin's cross-examination of the first trial witness was published by news services across the world.

- In 2005 and 2006, Shawn Rabin represented a Fortune 100 company in a highly confidential accounting dispute against a major accounting firm. The allegations in the case included breach of fiduciary duty, breach of contract, and accounting malpractice. Before filing a lawsuit, both parties agreed to brief the issues before a former Texas Supreme Court Justice. Rabin took the lead for Susman Godfrey's client and, after several months of negotiation, the parties reached a favorable settlement.

- In 2004, Shawn Rabin achieved a key victory in a case representing a class of residential and business customers against the major telecommunications companies, including Sprint and AT&T by writing the winning briefs in an appeal before the United States Court of Appeals for the Tenth Circuit. The claims against AT&T eventually proceeded to a jury trial in which Susman Godfrey successfully obtained a favorable jury verdict (news article can be accessed here).

## Honors & Distinctions

- *Lawdragon* Legend (2025)

- *Lawdragon* 500 Global Plaintiff Lawyers (2025)

- *Lawdragon,* 500 Leading Lawyers (2025, 2024, 2023, 2022, 2021, 2020, 2019)

- Lawyer Limelight Feature, *Lawdragon* (2024)

- *Lawdragon* 500 Leading Litigator (2022, 2023, 2024)

- *Lawdragon,* 500 Leading Plaintiff Financial Lawyers *(*2025, 2024*,* 2023, 2022, 2021, 2020, 2019)

- Leading Practitioner in New York: Litigation: General Commercial, *Chambers USA* (2020-2025)

- Litigation Star, Benchmark Litigation (2023, 2024, 2025 Euromoney)

- Plaintiffs' Lawyers Trailblazers, *National Law Journal*  (2022, 2018, ALM)

- Employment Law Trailblazer, *National Law Journal* (2020, ALM).

- Impact Case of the Year Award, *Benchmark Litigation* (2019)

- Recommended Litigator – New York for Commercial Litigation, *U.S. News – The Best Lawyers in America*®  (2021 2020, 2019, Woodward White Inc.)

- 40 and Under Hot List, *Benchmark Litigation (*2018, 2017, Legal Media Group)

# SUSMAN GODFREY

- *New York Super Lawyer* – an honor awarded to the top 5% of lawyers in the New York Metro area (<u>2019</u> – <u>2023</u> Thomson Reuters)

- New York Rising Star, *Super Lawyers – an honor awarded to the top 2.5% of lawyers in the New York Metro area* (2007 – 2018, Thomson Reuters)

- Fellow,  Texas Bar Foundation.

- In 2011, the Governor of Kentucky appointed Shawn Rabin to the Honorable Order of Kentucky Colonels and bestowed upon him the title of "Colonel Shawn Rabin."

## *Clerkships*

Clerked for the Honorable Juan R. Torruella, United States Court of Appeals for the First Circuit

## *Education*

**The University of Texas School of Law** (J.D., )

- Distinctions of Chancellor and Order of the Coif

- Associate Editor of the *Texas Law Review*

**Georgetown University** (B.A., International Politics and Security, with Honors)

- School of Foreign Service

- Dean's Citation given to a graduate who displays high academic achievement and service to the community

(, )

## *Admissions*

**Bar Admissions**
- Texas
- New York

**Court Admissions**
- U.S. Court of Appeals for the First Circuit
- U.S. Court of Appeals for the Fifth Circuit
- U.S. Court of Appeals for the Tenth Circuit
- U.S. District Court for the Eastern District of Texas
- U.S. District Court for the Northern District of Texas
- U.S. District Court for the Southern District of Texas

# SUSMAN GODFREY

- U.S. District Court for the Western District of Texas

*Leadership & Professional Memberships*

- Shawn Rabin is admitted to the state courts of New York and Texas and the United States Court of Appeals for the 1st, 5th and 10th Circuits and the United States District Courts for the Northern, Southern, Eastern, and Western Districts of Texas.

- Rabin works with a variety of legal organizations in their efforts to help the public. Most recently, Rabin has been assisting Mothers Against Drunk Driving (MADD) by training volunteers on civil litigation. Rabin was also quoted extensively in the Winter 2009 issue of the MADDvocate, which can be accessed here.

- Rabin is also an active member of the Litigation Committee of the New York City Bar and is a Barrister in the New York American Inn of Court.



# SUSMAN GODFREY

# Krysta Kauble Pachman

Partner

Los Angeles

(310) 789-3100

kpachman@susmangodfrey.com

## *Overview*

Krysta Pachman represents plaintiffs and defendants in high-stakes commercial litigation, including class actions, patent cases, trademark & copyright matters, and other disputes. Ms. Pachman has scored massive trial wins, favorable settlements, and arbitration victories for her clients, who range from small businesses and individuals to Fortune 500 companies.  In the last twelve months alone, Pachman has won more than $1.3 billion at trial.

In 2023, Pachman obtained one of the biggest trial wins in the country, a $330 million Final Award for her client after completing a full arbitration hearing.  Pachman cross-examined the key witness at trial and was instrumental to obtaining a complete victory on behalf of her client, one of the largest independent power producers in the country.



*"Krysta absorbed a lot of technical information, digested it, and helped the team understand the challenges with our case. [She] developed and recommended strategies and stood [her] ground when the other side and their expert tried to bully [her]. Krysta's professionalism and skill was essential to the outcome we received from the panel."*
**Denise M. Buffington, Director, Federal Regulatory Affairs & Corporate Counsel, Kansas City Power & Light Company**

**LANDMARK CLASS ACTION LITIGATION**

Ms. Pachman has obtained hundreds of millions of dollars and impactful injunctive relief for plaintiffs in class action settlements thanks to her strategic focus, tireless work ethic, and ability to synthesize huge volumes of information into succinct, comprehensive facts and arguments.

**susmangodfrey.com**

# SUSMAN GODFREY

Ms. Pachman previously secured a $100 million deal to resolve all claims in a class action relating to Pattern Energy's $6.1 billion sale to the Canada Pension Plan Investment Board, which is one of the largest Section 14(a) settlements in history.  The complaint alleged that Pattern Energy omitted key details relating to the valuation of the company in the proxy statement and failed to disclose conflicts of interest to the detriment of shareholders. Read more.

In addition, Pachman previously secured class certification on behalf of victims of sex trafficking in a class action against MindGeek, the parent company of Pornhub (now Aylo). The complaint alleges that MindGeek unlawfully has received and distributed child pornography under Section 2255 and financially benefitted from sex trafficking under Section 1595.

Ms. Pachman is court-appointed co-lead counsel in the widely followed Blackbaud Data Breach Class Action, which relates to a massive data breach. Blackbaud, a cloud computing provider, maintains consumer data on behalf of thousands of non-profit corporations, hospitals, and educational institutions.  The complaint alleges that Blackbaud did not maintain adequate security measures, which led to a ransomware attack.  The stolen data included bank account information, social security numbers, health care data, usernames, and/or passwords. Read more.

In the landmark copyright action, *Ferrick, et al. v. Spotify USA,* Ms. Pachman was an integral part of a trial team that secured a settlement valued at more than $100 million dollars, including a $43.45 million cash settlement fund and an agreement to pay future royalties to settle a class-action lawsuit with Spotify brought on behalf of music copyright owners.  This case made national news, receiving press from *Billboard, Forbes, and Reuters.*

Ms. Pachman was also part of a team that secured a $40 million settlement for a class of derivatives traders in *Timber Hill v. Pershing Square Capital Management, L.P., et al*.  Timber Hill alleged Defendants violated federal securities laws through their illicit insider trading and front-running scheme that damaged Timber Hill and other investors by artificially deflating the value of options and equity forwards traded by Timber Hill and Class Members. This is the largest ever stand-alone options settlement and the largest ever Section 20A options settlement.

Ms. Pachman played a key role in *Schulein, et al. v. Petroleum Development Corp.,* representing a class of more than 7,000 limited partners who invested in 12 oil and gas limited partnerships, who alleged the defendants made false and misleading statements and omitted material information regarding the value of the assets held by the partnerships in proxy statements used to solicit votes in favor of mergers that caused the investors to be cashed out of their investments.  Ms. Pachman took key depositions, wrote the opposition to defendants' motion for summary judgment, and wrote the successful opposition to defendants' motion to decertify the class.  The case was settled

# SUSMAN GODFREY

for $37.5 million in March 2015, with the class receiving approximately $24 million.

**RECOGNITION**

For these wins and more, Ms. Pachman has been recognized by the nation's leading legal publications. She has been named an Elite Women of the Plaintiffs' Bar by *National Law Journal* (2025),among the nation's Top 250 Woman Lawyers by *Benchmark Litigation* (2023, 2024), and was included on its 40 and Under Hot List four years in a row (2021-2023). *Law360* has called her a Class Action Rising Star (2023) and *Lawdragon* recognized her on both their 500X list – a compilation of the "next generation of leading lawyers" (2023, 2024) and among its top 500 Leading Litigations (2022 – 2023). Ms. Pachman is also recognized as  a Top Woman Lawyer in California by *The Daily Journal* (ALM, 2022) and a Rising Star of the Plaintiffs Bar by *National Law Journal's* Elite Trial Lawyers (ALM, 2021). *The Recorder* named her a California Trailblazer in (ALM, 2020), and *Best Lawyers* called her "One to Watch, Commercial Litigation" (Woodward White, Inc., 2021).

Prior to joining Susman Godfrey, Ms. Pachman served as a Law Clerk to the Honorable Philip S. Gutierrez in the U.S. District Court for the Central District of California. She also serves on the Board of Governors for the Women Lawyers' Association of Los Angeles and serves on the Board of the Association of Business Trial Lawyers

.

## *Notable Representations*

**Arbitration**

- **Confidential Energy Industry Arbitration.** Obtained one of the biggest trial wins in the country –  a $330 million Final Award – for one of the largest independent power producers in the country after completing a full arbitration hearing. In a turbo-charged case that went to trial less than six months after filing the complaint, Ms. Pachman took an active role in trial, taking numerous witnesses, including the respondent's CEO.

- **Kansas City Power & Light (KCPL).** Played a key role in this confidential arbitration on behalf of KCPL, delivering the opening statement, putting up her client's expert, crossing the other side's expert, and handling all depositions and pre-and post-hearing briefing. The panel unanimously ruled in KCPL's favor, awarding full damages.

**Intellectual Property**

- *Ferrick et al. v. Spotify USA* (S.D.N.Y.)*.* Secured both a $43.45 million cash fund and an agreement to pay future royalties to settle a copyright class-action lawsuit with Spotify brought on behalf of music copyright

# SUSMAN GODFREY

owners.  This ground-breaking case gained national media attention, receiving press from *Billboard, Forbes,* and *Reuters.*  Fees and expenses have not yet been determined.

- ***ZiiLabs v. Apple and Samsung* (E.D. Tex.)** Represented ZiiLabs, a subsidiary of the Singapore-based media company Creative Technologies, Ltd.  Ziilabs brought claims for patent infringement of its patents related to graphics processing technology developed originally by 3DLabs.  Pachman took and defended key depositions in this matter, prepared and argued key motions in *limine*, defeated summary judgment and successfully opposed Daubert motions.  The case settled on the eve of trial after Apple had taken a license.

- ***Sentius v. Microsoft* (N.D. Cal.)** Represented Sentius against Microsoft in a patent infringement suit involving automated database technology.  Pachman handled the Daubert motions in this matter. The case settled on highly favorable terms within 24 hours of the court issuing orders on those motions.

- ***Westmoor v. Ganga* (C.D. Cal.)** Represented Westmoor in this copyright and trademark infringement suit. Ms.  Pachman briefed cross-motions for summary judgment in this case, which settled on favorable terms shortly after motion for summary judgment briefing

---

**Privacy**

- ***In Re Blackbaud, Inc., Customer Data Security Breach Litigation* (D.S.C.)**. Appointed co-lead counsel in this multi-district litigation, which relates to a massive data breach. Blackbaud, a cloud computing provider, maintains consumer data on behalf of thousands of non-profit corporations, hospitals, and educational institutions.  The complaint alleges that Blackbaud did not maintain adequate security measures, which led to a ransomware attack.  The stolen data included bank account information, social security numbers, health care data, usernames, and/or passwords. Read more.

- ***Jane Doe v. MindGeek USA Incorporated et al*. (C.D. Cal.)** Filed a class action against PornHub parent company, MindGeek, alleging MindGeek has violated federal sex trafficking and child pornography laws by knowingly profiting from thousands of pornographic videos featuring persons under the age of 18. Ms. Pachman obtained class certification of a class of tens of thousands of victims who were depicted in CSAM on MindGeek's websites. Read more.

---

**Securities**

- ***In re Pattern Energy Group Inc. Stockholders Litigation* (D. Del.)** Secured a $100 million deal on behalf of plaintiffs in a class action relating to Pattern Energy's $6.1 billion sale to the Canada Pension Plan Investment Board. The complaint alleged that Pattern Energy omitted key

# SUSMAN GODFREY

details relating to the valuation of the company in the proxy statement and failed to disclose conflicts of interest to the detriment of shareholders.

- ***Timber Hill v. Pershing Square Capital Management, L.P., et al.*(C.D. Cal.)** Secured a $40 million settlement for a class of derivatives traders in Timber Hill v. Pershing Square Capital Management, L.P., et al.  Timber Hill alleged Defendants violated federal securities laws through their illicit insider trading and front-running scheme that damaged Timber Hill and other investors by artificially deflating the value of options and equity forwards traded by Timber Hill and Class Members.   This is the largest ever stand-alone options settlement and the largest ever Section 20A options settlement.

- ***Pino v. Grant Cardone & Cardone Capital* (C.D. Cal.)**  Prevailed at the Ninth Circuit on defendants' motion to dismiss on behalf of a class of investor plaintiffs who invested in real estate syndication business, Cardone Capital. This is the first case to analyze whether social media posts, considered "test the waters" communications under federal securities laws, can give rise to Section 12 liability for purposes of a Regulation A+ offering.

- <u>***Schulein, et al. v. Petroleum Development Corp., et al***</u>. **(C.D. Cal).** Represented plaintiffs in this class action litigation on behalf of more than 7,000 limited partners who invested in 12 oil and gas limited partnerships.  Plaintiffs alleged the defendants made false and misleading statements and omitted material information regarding the value of the assets held by the partnerships in proxy statements used to solicit votes in favor of mergers that caused the investors to be cashed out of their investments.  On the eve of trial, after three years of hard fought litigation the case was settled for $37.5 million, with the class receiving approximately $24 million.

## Antitrust

- ***In re Qualcomm Antitrust Litigation* (N.D. Cal.)** Serve as counsel for one of the largest-ever certified consumer classes, which encompasses nearly all U.S. cellular phone purchasers, all of whom have been impacted by Qualcomm's anti-competitive conduct.

- ***Lithium Ion Batteries Antitrust Litigation* (N.D. Cal.)** Defended more than twenty depositions in this nationwide antitrust class action brought against the world's largest manufacturers of lithium ion batteries, which power virtually every laptop computer, cell phone, smartphone, digital music player (e.g., iPods), tablet device (e.g., iPads), digital camera and camcorder, and cordless power tool used today.  The suit alleges that the defendants engaged in a long-running conspiracy over more than a decade to unlawfully fix, raise and stabilize prices of lithium ion batteries.

## Other Complex Commercial Litigation

**susmangodfrey.com**

# SUSMAN GODFREY

- ***North American COI* (S.D. Iowa)** Secured a settlement on the eve of trial for benefits totaling $61.3 million, including $59 million in monetary payments to class members (before fees and expenses), in an insurance breach of contract class action on behalf of a class of policy holders against North American Life and Health Insurance Company.

- ***General Motors LLC Ignition Switch Litigation* (SD.N.Y.)** Represented plaintiffs in this massive class action against General Motors, hundreds of suits were consolidated into a federal multidistrict litigation in New York over an ignition switch defect in GM vehicles, which causes the engine to switch off during use and disable the car's air bags.  Pachman worked with a team of Susman Godfrey lawyers on the sixth personal injury bellwether case, which settled favorably on eve of trial.  This case received substantial press from outlets such as *The Wall Street Journal*.

- ***Taylor v. Shippers Transport Express* (C.D. Cal.)** Served as counsel to Shippers Transport Express and SSA Marine in a misclassification case.  Susman Godfrey was retained to assist with trial preparation, and the case settled on favorable terms just before trial.

## *Honors & Distinctions*

- Elite Women of the Plaintiffs' Bar, *National Law Journal's* Elite Trial Lawyers (2025)

- *Lawdragon* 500 Leading Lawyer (2024, 2025)

- *Lawdragon* 500 Leading Litigator (2022, 2023, 2024)

- Litigation Star, Benchmark Litigation (2025)

- Top 250 Women in Litigation, Benchmark Litigation (2023, 2024 Euromoney)

- 40 and Under Hot List, Benchmark Litigation (2020, 2021, 2022, 2023, 2024 Euromoney)

- Lawdragon 500X – The Next Generation of Leading Lawyers (2023)

- Class Action Litigation Rising Star, Law360 (2023)

- Rising Star of the Plaintiff's Bar, *National Law Journal* (2023, ALM)

- Top Woman Lawyer, *Daily Journal* (2022, Daily Journal Corp.)

- Future Star, Benchmark Litigation (2022, 2023 Euromoney)

- *Lawdragon* 500 Leading Plaintiff Financial Lawyers (2021, 2022, 2023, 2024, 2025)

- One to Watch, Commercial Litigation *Best Lawyers* (2021, 2022, 2023, 2024, 2025, 2026 Woodward White, Inc.)

- Top 40 Under 40, *Daily Journal* (2021, Daily Journal Corp.)

- Rising Star of the Plaintiffs Bar, *National Law Journal's* Elite Trial Lawyers (2021, 2023 ALM)

# SUSMAN GODFREY

- California Trailblazer, *The Recorder* (2020, ALM)

- Recommended Lawyer, Dispute Resolution: General Commercial Disputes, The Legal 500, (2019, Legal 500)

- Next Generation Woman Leader in Tech Law, *The Recorder* (2018, ALM)

- Southern California Rising Star, *Super Lawyers* (2017, 2018, 2019, 2020, 2021, 2022, 2023, 2024; Thomson Reuters)

- UCLA Law Review, Chief Comments Editor, Vol. 58

*Clerkships*

Honorable Philip S. Gutierrez, United States District Court for the Central District of California

*Education*

**UCLA School of Law** (J.D., )

**Northwestern University** (B.A., Political Science and Communication Studies, magna cum laude)

*Admissions*

**Bar Admissions**

- California

*Leadership & Professional Memberships*

- Board of Governors, Women Lawyers Association of Los Angeles

**susmangodfrey.com**