# EXHIBIT 3

---

**NOTICE OF PROPOSED CLASS ACTION SETTLEMENT**
*Berman v. Forbes Media LLC*, Case No. 3:24-cv-09287-WHO
**(United States District Court for the Northern District of California)**

**Our records indicate you are a California resident and you accessed Forbes's websites from December 20, 2023, and [Preliminary Approval Date] and you may be entitled to a payment from a class action settlement**

*A Federal court authorized this Notice. You are <u>not</u> being sued. This is <u>not</u> a solicitation from a lawyer.*

**Name:** <<First Name>> <<Last Name>>

**Class Member ID:** <<RefNum>>

This Notice is to inform you that Settlement has been reached with Forbes Media LLC ( "Forbes") in a class action lawsuit that alleges that from December 20, 2023 through [Preliminary Approval Date] Forbes unlawfully collected Settlement Class Members' IP addresses, unique identifiers, and/or personal information without their consent using trackers present on Forbes's websites ("Trackers") and shared that data with third parties. Forbes denies these allegations and denies any wrongdoing.

<u>**Am I a Settlement Class Member?**</u> Our records indicate you may be a Settlement Class Member. The Settlement Class consists of all California residents who, from December 20, 2023 to the [Preliminary Approval Date], accessed websites owned or controlled by Forbes and had their IP addresses and/or unique identifiers shared with third parties as a result of the Trackers present on Forbes's websites.

<u>**What Can I Get?**</u> Under the proposed Settlement, the Defendant will pay $10,000,000 into a Settlement Fund to resolve the lawsuit. After paying Administration Costs, any Court-awarded attorneys' fees and costs and incentive awards, the remaining balance of the Settlement Fund will be used for payments to Settlement Class Members. If you are entitled to a payment, you may submit Proof of Claim form to receive a *pro rata* share of the Settlement Fund.

<u>**How Do I Get a Payment?**</u> You must submit a timely and complete Proof of Claim form **no later than Month XX, 2026** to receive a payment. You can file a Proof of Claim form by clicking here.

<u>**What are My Other Options?**</u> If you do nothing, you will not receive a payment, you will remain a member of the Settlement Class, and you will give up your rights to sue the Defendant for the claims resolved by this Settlement. If you do not want a payment, but you want to keep your right to sue the Defendant for the claims resolved by this Settlement you must submit a request for exclusion (also called "opting out"). If you do not opt out, you may object to the Settlement or any part of it and ask the Court for permission to speak at the Final Approval Hearing. The deadline to opt out from or object to the Settlement is **Month XX, 2026**.

<u>**Who Represents Me?**</u> The Court has appointed the law firms of Susman Godfrey L.L.P. and Don Bivens, PLLC to represent the Settlement Class. These attorneys are called Settlement Class

Counsel. You will not be charged for these lawyers. If you want to be represented by your own lawyer in this case, you may hire one at your expense.

**The Final Approval Hearing.** The Court is scheduled to hold a Final Approval Hearing on **Month XX, 2026 at XX:X0 x.m.,** at Courthouse Name, Street Address, City, CA Zip Code. At the hearing the Court will decide whether to approve the Settlement and attorneys' fees of up to 25% of the Settlement Fund ($2,500,000), plus reimbursement of expenses and costs, as well as a $2,500 Incentive Award for both of the Plaintiff Class Representatives. The date and time of this hearing may change without further notice. Please check the Settlement Website for updates.

**How Do I Get More Information?** For more information, including the full Notice, Proof of Claim form, and Settlement Agreement go to www.[website].com, contact the Settlement Administrator at **(XXX) XXX-XXXX** or *Berman, et al. v. Forbes Media LLC*, c/o Kroll Settlement Administration LLC, P.O. Box XXXXXX, New York, NY, 10150-XXXX.