Krysta Kauble Pachman (SBN 280951)
Eliza Finley (SBN 301318)
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
Email: kpachman@susmangodfrey.com
Email:  efinley@susmangodfrey.com

*Attorneys for Plaintiffs*
*Domenica Berman and Abygael Piehl*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DOMENICA BERMAN and ABYGAEL PIEHL, individually and on behalf of all others similarly situated,<br><br>    *Plaintiffs*,<br><br>vs.<br><br>FORBES MEDIA LLC,<br><br>    *Defendant*. | Case No. 24-cv-09287-WHO<br><br>**PLAINTIFFS' REPLY IN SUPPORT OF UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date: June 10, 2026<br>Time: 2:00 pm<br>Ctrm: Courtroom 2 – 17th Floor<br>Judge: Hon. Willian H. Orrick |

Plaintiffs Domenica Berman and Abygael Piehl respectfully notify the Court that, consistent with the unopposed nature of the Motion for Preliminary Approval of Class Action Settlement ("Motion") filed on April 30, 2026 (ECF No. 43), Defendant Forbes Media LLC did not file an opposition to the Motion and the time for doing so has expired. This further confirms there is no dispute between the parties regarding the propriety of preliminary approval. Plaintiffs respectfully request that the Court grant the relief sought in the Motion.

Dated: May 21, 2026

**SUSMAN GODFREY L.L.P.**

By:  */s/ Krysta Pachman*

Krysta Kauble Pachman (SBN CA 280951)
Eliza Finley (SBN CA 301318)
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
kpachman@susmangodfrey.com
efinley@susmangodfrey.com

Shawn Rabin (*pro hac vice*)
**SUSMAN GODFREY L.L.P.**
One Manhattan West
New York, NY 10001-8602
Telephone: (212) 336-8330
Facsimile: (212) 336-8340
srabin@susmangodfrey.com

*Attorneys for Plaintiffs*
*Domenica Berman and Abygael Piehl*

1