Krysta Kauble Pachman (SBN 280951)
Eliza Finley (SBN 301318)
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
Email: kpachman@susmangodfrey.com
Email: efinley@susmangodfrey.com

*Attorneys for Plaintiffs*
*Domenica Berman and Abygael Piehl*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DOMENICA BERMAN and ABYGAEL PIEHL, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs,*<br><br>vs.<br><br>FORBES MEDIA LLC,<br><br>*Defendant.* | Case No. 24-cv-09287-WHO<br><br>**DECLARATION OF DON BIVENS IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, REIMBURSEMENT OF LITIGATION EXPENSES, AND SERVICE AWARDS**<br><br>Date: December 2, 2026<br>Time: 2:00 pm<br>Ctrm: Courtroom 2 – 17th Floor<br>Judge: Hon. William H. Orrick |

# DECLARATION OF DON BIVENS

I, Don Bivens, declare as follows:

1. I am an attorney admitted to the bar of Arizona. I was admitted *pro hac vice* in this matter. I am over eighteen years of age and have personal knowledge of the facts set forth in this declaration and could and would testify competently to them. I submit this declaration in support of Plaintiffs' Motion for Attorneys' Fees, Reimbursement of Expenses, and Service Awards.

2. I am a partner in the law firm of Don Bivens PLLC, attorneys of record, along with the law firm of Susman Godfrey L.L.P., for Plaintiffs Domenica Berman and Abygael Piehl ("Plaintiffs") and the proposed Settlement Class, as defined in the settlement agreement (the "Settlement").[1]

3. My firm and I have extensive experience litigating class action lawsuits of similar size, scope, and complexity to this one. We have served as co-counsel in over 50 such class action cases.

4. A resume for Don Bivens PLLC was attached as Exhibit 2-B to the Declaration of Krysta Pachman in Support of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement. ECF No. 43-4.

5. The schedule below reflects the amount of time recorded on this case, through June 11, 2026, by the attorneys and professional support staff of Don Bivens PLLC who were involved in this litigation. The following schedule was prepared from daily time records regularly prepared and maintained by my firm, which are available at the request of the Court. Time expended in preparing this application for fees and reimbursement of expenses are excluded and not reflected below.

| **Attorneys** | **Current Rate** | **Hours** | **Value** |
|---|---|---|---|
| Teresita Mercado | $600.00 | 34.1 | $20,460.00 |

[1] Unless otherwise noted, all capitalized terms mean the same as in the Settlement Agreement, attached as Exhibit 1 to the Declaration of Krysta Pachman in Support of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement. ECF No. 43-3.

| | | | |
|---|---|---|---|
| Don Bivens | $1,000.00 | 0.9 | $900.00 |
| **Paralegals** | **Current Rate** | **Hours** | **Value** |
| Gabriel De Leon | $250.00 | 7.1 | $1,775.00 |

6. All the time spent litigating this matter was reasonably necessary and appropriate to prosecute the action, and the results achieved further confirm that the time spent on the case was proportionate to the amounts at stake.

7. The hourly rates listed above for Don Bivens PLLC's attorneys and professional staff are the firm's standard hourly rates. All attorneys and staff who worked on this case are based in Scottsdale, Arizona.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on August 7, 2026, in Scottsdale, Arizona.

Don Bivens