Krysta Kauble Pachman (SBN 280951)
Eliza Finley (SBN 301318)
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
Email: kpachman@susmangodfrey.com
Email: efinley@susmangodfrey.com

*Attorneys for Plaintiffs*
*Domenica Berman and Abygael Piehl*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

DOMENICA BERMAN and ABYGAEL PIEHL, individually and on behalf of all others similarly situated,

*Plaintiffs,*

vs.

FORBES MEDIA LLC,

*Defendant.*

Case No. 24-cv-09287-WHO

**DECLARATION OF ABYGAEL PIEHL IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND SERVICE AWARDS**

Date: December 2, 2026
Time: 2:00 pm
Ctrm: Courtroom 2 – 17th Floor
Judge: Hon. William H. Orrick

**DECLARATION OF ABYGAEL PIEHL**

I, Abygael Piehl, declare as follows:

1. I submit this declaration in support of Plaintiffs' Motion for Attorneys' Fees, Reimbursement of Expenses, and Service Awards in connection with the proposed class action settlement with defendant Forbes Media LLC ("Forbes").

2. I am an individual over the age of 18 who resides in San Diego, California. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

3. I am a named plaintiff and class representative in the above-captioned case.

4. Over the past year and a half, I have diligently performed my duty to assist Class Counsel in prosecuting this case, investing significant effort to complete specific tasks to benefit the lawsuit and fulfill my role as class representative.

5. After I retained Class Counsel, I began assisting Class Counsel with the process of drafting the initial complaint. I provided Class Counsel with information and diligently reviewed the draft complaint to check the accuracy of the factual allegations.

6. After the complaint was filed in December 2024, I continued to provide Class Counsel with information about the devices that I used to access Forbes.com. With the assistance of Class Counsel, I spent several hours taking numerous screenshots of my settings, cookies, search history, and browsing history that were requested by Forbes. I also searched for and produced other materials requested in discovery. I also reviewed interrogatory responses and responses to requests for admission. I also stayed in touch with Class Counsel regarding the progress of the litigation.

7. I also reviewed the terms of the Settlement to ensure that Class Members were receiving a fair result.

8. Other than the relief available to all Class Members and any service award approved by the Court, I will not receive any other personal benefit as a result of the settlement.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on July 21, 2026, in San Diego, California

Abygael Piehl