Krysta Kauble Pachman (SBN 280951)
Eliza Finley (SBN 301318)
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
Email: kpachman@susmangodfrey.com
Email: efinley@susmangodfrey.com

*Attorneys for Plaintiffs*
*Domenica Berman and Abygael Piehl*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

DOMENICA BERMAN and ABYGAEL PIEHL, individually and on behalf of all others similarly situated,

*Plaintiffs,*

vs.

FORBES MEDIA LLC,

*Defendant.*

Case No. 24-cv-09287-WHO

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND SERVICE AWARDS**

Date: December 2, 2026
Time: 2:00 pm
Ctrm: Courtroom 2 – 17th Floor
Judge: Hon. William H. Orrick

Before the Court is Plaintiffs' Unopposed Motion for Attorneys' Fees, Reimbursement of Expenses, and Service Awards, filed on August 7, 2026. On June 11, 2026, the Court entered an order granting Plaintiffs' Motion for Preliminary Approval of Class Action Settlement ("Preliminary Approval Order"). ECF No. 48. Among other things, the Preliminary Approval Order authorized Class Counsel to disseminate notice of the Settlement, the fairness hearing, and related matters to the Class. Notice was provided to the Class pursuant to the Preliminary Approval Order, and the Court held a final fairness hearing on December 2, 2026 at 2:00pm.

The Court has considered Plaintiffs' Unopposed Motion for Attorneys' Fees, Reimbursement of Expenses, and Service Awards, the exhibits thereto, all papers filed in support of the motion, oral argument presented at the fairness hearing, and the entire docket in this matter. Having fully considered the matter, it is hereby ORDERED that:

1. The capitalized terms used herein shall have the meanings set forth in the Settlement Agreement.

2. Settlement Class Counsel shall receive attorneys' fees equal to $2,500,000.00 to be paid from the Settlement Fund created by the Settlement, plus a pro rata share of the interest earned on the Settlement Fund at the same rate and for the same period as earned by the Settlement Fund, to be paid out of the Settlement Fund.

3. Class Counsel shall be reimbursed $118,148.40 in costs and expenses reasonably incurred in the presentation and settlement of this litigation, to be paid out of the Settlement Fund created by the Settlement.

4. All Notice and Administration Costs incurred by Kroll Settlement Administration LLC may be paid out of the Settlement Fund when they become due.

5. Plaintiffs Domenica Berman and Abygael Piehl shall each be paid a service award equal to $2,500, payable out of the Settlement Fund.

6. This Order shall become effective immediately.

For the reasons set forth above, the Court **GRANTS** Plaintiffs' motion.

**IT IS SO ORDERED.**

Dated: ___________________________

___________________________________
HON. WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE